### RESOLUTION BY THE MEMBERS OF C&C ROADSIDE ASSISTANCE CO, LLC

**WHEREAS**, the company is insolvent and unable to pay its debts when due, and

**WHEREAS**, the company, its creditors, and all interested parties would be best served by liquidation of the company under chapter 7 of the United States Bankruptcy Code, and

**WHEREAS**, it is necessary for the company to engage counsel to advise the company of its rights and obligations under the Bankruptcy Code and to assist it in fulfillment of those obligations.

**NOW, THEREFORE, BE IT RESOLVED** that Christian Dalessio, as Principal, is authorized and directed to engage counsel, namely Cibik Law, P.C., to represent the company in bankruptcy proceedings, and

**BE IT FURTHER RESOLVED** that Christian Dalessio, as Principal, is authorized and directed to sign a petition for relief under chapter 7 of the United States Bankruptcy Code and to assist counsel in fulfilling the company's obligations under the Bankruptcy Code.



*I, Christian Dalessio, Principal of C&C Roadside Assistance Co, LLC, do hereby certify that the foregoing is a true, complete, and accurate copy of the resolution duly adopted by the [directors/members] of the company by unanimous consent on this date, that the resolution is now in full force and effect, and that the [directors/members] did and do have authority to adopt the said resolution.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the company on this 22nd day of January, 2025.*

Christian Dalessio (Jan 22, 2025 16:44 EST)

Christian Dalessio
Principal