# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION District of PENNSYLVANIA - Philadelphia

**RE:** **C AND C ROADSIDE ASSISTA** :

: Bankruptcy Number: 25-10276-AMC
:
:
**Debtor** : Chapter:  7
:
:
:
:
:

## REQUEST FOR NOTICES

## TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Kevin Grem, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 01/24/2025

By: _____/S/   Kevin Grem_____
Kevin Grem
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-beto-bankreading@state.pa.us