AFCO Premium Finance
PO Box 4795
Carol Stream, IL 60197

Berkovitch & Bouskila PPLC
80 Broad St Suite 3303
New York, NY 10004

Bridge City Capital Partners
1 SE Third Avenue
Miami, FL 33131

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Credibly
25200 Telegraph Road Suite 350
Southfield, MI 48033

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kalamata
80 Broad St Suite 1210
New York, NY 10004

Lexington Recovery LLC
222 W. 37th Street 9th Floor
New York, NY 10018

National Construction Rentals
PO Box 841461
Los Angeles, CA 90084

PA Department of Labor & Industry
Attn: Office of Chief Counsel
651 Boas St Fl 10
Harrisburg, PA 17121-0751

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Square
1455 Market Street Suite 600
San Francisco, CA 94103


U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683


United First
2999 NE 191st Street Unit 901
Miami, FL 33180