**Fill in this information to identify the case:**

Debtor Name: **C&C Roadside Assistance Co LLC**

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**
(State)

Case number (If known): **25-10276**

☑ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Franklin Mint FCU | Checking account | 1 7 8 5 | $0.00 |
   | 3.2. | Franklin Mint FCU | Checking account | 6 8 2 8 | $7,527.00 |
   | 3.3. | Franklin Mint FCU | Checking account | 6 8 3 6 | $0.00 |
   | 3.4. | Franklin Mint FCU | Savings account | 1 7 9 3 | $0.50 |
   | 3.5. | Franklin Mint FCU | Savings account | 6 6 6 8 | $5.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1.
   4.2.

5. **Total of Part 1**  $7,532.50
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page **1**

Debtor   **C&C Roadside Assistance Co LLC**          Case number *(if known)* **25-10276**
Name

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____   _____

   7.2 _____   _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  **Costalas Family**                               $5,000.00

9. **Total of Part 2**                                    $5,000.00

   Add lines 7 through 8. Copy the total to line 81.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =..... ➔  _____
                                face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ - _____ =..... ➔  _____
                                face amount      doubtful or uncollectible accounts

12. **Total of Part 3**                                    _____

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____   _____   _____

    14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1 _____   _____   _____   _____

Debtor **C&C Roadside Assistance Co LLC**  Case number *(if known)* **25-10276**
  Name

15.2. _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____

    16.2 _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|

19. **Raw materials**

    _____  MM / DD / YYYY

20. **Work in progress**

    _____  MM / DD / YYYY

21. **Finished goods, including goods held for resale**

    _____  MM / DD / YYYY

22. **Other inventory or supplies**

    _____  MM / DD / YYYY

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor   **C&C Roadside Assistance Co LLC**   Case number *(if known)* **25-10276**
         Name

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    - ☑ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☑ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☐ No. Go to Part 8.
    - ☑ Yes. Fill in the information below.

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page **4**

Debtor  **C&C Roadside Assistance Co LLC**  
       Name  

Case number *(if known)* **25-10276**

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Air Compressor | unknown | | $1,000.00 |
| | Timer Sert Stripped | unknown | | $50.00 |
| | Bolt Extractors (2 sets) | unknown | | $20.00 |
| | MVCS Camera System | unknown | | $2,000.00 |
| | Shop Cameras | unknown | | $200.00 |
| | HP Printer - Office Grade | unknown | | $500.00 |
| | Engine Hoist | unknown | | $150.00 |
| | MIG 170 Welder | unknown | | $250.00 |
| | Snow Plow with controller | unknown | | $500.00 |
| | Ratchet Buckles for Tow Straps and Straps Misc | unknown | | $300.00 |
| | Mini Air Compressors | unknown | | $250.00 |
| | Tow Chains - "J-Hooks" and other Safety Equip | unknown | | $200.00 |
| | Tow Skates for Immobilized Vehicles | unknown | | $100.00 |
| | Control Arm Skate Blocks | unknown | | $100.00 |
| | Jack Strands | unknown | | $80.00 |
| | Hydraulic Floor Jacks | unknown | | $400.00 |
| | Misc. Hand Tools | unknown | | $100.00 |
| | Emergency Light Bars | unknown | | $250.00 |
| | Outdoor/indoor garage heater Kerosene "Reddy Heater" | unknown | | $200.00 |
| | Brand New 5G bucket of Hydraulic fluid | unknown | | $50.00 |
| | Twin Tank 5G air compressor "Pulsar" | unknown | | $200.00 |
| | (2) "Yellow Jacket " All Metal 3' Workshop Bar with 9 Outlets- 5' Cord- power strip | unknown | | $45.00 |
| | (4) Spill Kits for hazardous waste/spill cleanup. "Quick Cable Battery Acid Spill Vehicle Kit" | unknown | | $200.00 |
| | CENTRAL PNEUMATIC 11 Gallon Portable Air Tank | unknown | | $30.00 |
| | 7 Gallon Air Tank Compressed air | unknown | | $30.00 |

Debtor **C&C Roadside Assistance Co LLC**
      Name

Case number *(if known)* **25-10276**

| Description | Net book value | Valuation | Current value |
|---|---|---|---|
| Refrigertor- "Whirlpool Designer Style 21" | unknown | | $50.00 |
| Microsoft Sculpt Ergonomic Keyboard and keypad for Business. Wireless with Split Design | unknown | | $30.00 |
| Lenovo Ideapad S340- Laptop - touchscreen | unknown | | $100.00 |
| Craftsman Grinder Wheel & 40Ah / 20V battery | unknown | | $30.00 |
| Amazon Basics Paper Shredder | unknown | | $10.00 |
| Executive Office Desk with "Royal Cherry" Finish- needs minor repair | unknown | | $200.00 |
| Magnetic Tow Lights (2) Sets of 2. | unknown | | $100.00 |
| PITTSBURGH 3/4 in. Drive SAE Jumbo Socket Set, 20-Piece | unknown | | $30.00 |
| Pittsburgh Pro 1" Impact Socket Set 1"-1 7/8 (Sockets only) | unknown | | $25.00 |
| Pittsburgh A/C Manifold Gauge Set R-134a w/ Case | unknown | | $45.00 |
| GOODYEAR. 50 Piece Air Tool Kit. with Blow Molded Carrying Case 50pcs Air Tools | unknown | | $30.00 |
| Astro Pneumatic 7897 Ball Joint Service Tool and Master Adapter Set | unknown | | $40.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____
42.2 _____
42.3 _____

43. **Total of Part 7**      **$7,895.00**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ☒ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☐ No. Go to Part 9.
    - ☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor **C&C Roadside Assistance Co LLC**     Case number *(if known)* **25-10276**
    Name

| | | | | |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2002 Ford F550** / VIN: 1FDAF56F52ED10741 Non Operational | unknown | | $6,225.00 |
| | 47.2 **2002 Nissan Pathfinder** / VIN: JN8DR09Y02W723769 | unknown | KBB.com | $429.00 |
| | 47.3 **2006 Honda Pilot** / VIN: 2HKYF18596H517123 | unknown | KBB.com | $636.00 |
| | 47.4 **2010 Honda CRV** / VIN: 5J6RE4H75AL061307 | unknown | KBB.com | $3,093.00 |
| | 47.5 **2011 Ford Ranger** / VIN: 1FTKR1AD88PA72578 | unknown | KBB.com | $1,801.00 |
| | 47.6 **2011 Ford Ranger** / VIN: 1FTKR1AD98PA94654 | unknown | KBB.com | $913.00 |
| | 47.7 **2012 Ram 5500** / VIN: 3C7WDNDL0CG130458 | unknown | KBB.com | $6,516.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1 | | | |
| | 48.2 | | | |
| 49. | **Aircraft and accessories** | | | |
| | 49.1 | | | |
| | 49.2 | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | | |
| 51. | **Total of Part 8** <br> Add lines 47 through 50. Copy the total to line 87. | | | **$19,613.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 9:** Real property

54. **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor  **C&C Roadside Assistance Co LLC**                                      Case number *(if known)* **25-10276**
          Name

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | | | | | |
| 55.2 | | | | | |
| 55.3 | | | | | |
| 55.4 | | | | | |
| 55.5 | | | | | |
| 55.6 | | | | | |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |

Debtor  **C&C Roadside Assistance Co LLC**    Case number *(if known)* **25-10276**
Name

---

65. **Goodwill**

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____  _____  −  _____  =→  _____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____  Tax year _____  _____
    _____  Tax year _____  _____
    _____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**   _____

    **Amount requested**  _____

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page **9**

Debtor **C&C Roadside Assistance Co LLC** Case number *(if known)* **25-10276**
Name

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**

    **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **C&C Roadside Assistance Co LLC**  Case number *(if known)* **25-10276**
Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,532.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,895.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,613.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* → | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $40,040.50 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $40,040.50 |