| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **C&C Roadside Assistance Co LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| Case number (if known): | **25-10276** |

☑ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$253,984.00**    Priority amount: **$253,984.00**

**2.2** | **Priority creditor's name and mailing address**
PA Department of Labor & Industry
Attn: Office of Chief Counsel
651 Boas St Fl 10
Harrisburg, PA 17121-0751

**Date or dates debt was incurred**

**Last 4 digits of account number**  **1  2  5  7**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$25,024.00**    Priority amount: **$25,024.00**

Debtor  **C&C Roadside Assistance Co LLC**  Case number *(if known)* **25-10276**
Name

### Part 1: Additional Page

**2.3  Priority creditor's name and mailing address**

**Pennsylvania Department of Revenue**

**Bankruptcy Division**

**1 Revenue Pl**

**Harrisburg, PA 17129-0001**

**Date or dates debt was incurred**

**Last 4 digits of account number  8  8  3  9**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**  $14,129.00  $14,129.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **C&C Roadside Assistance Co LLC**  Case number *(if known)* **25-10276**
  Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
AFCO Premium Finance
PO Box 4795
Carol Stream, IL 60197

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,625.00**

**3.2** **Nonpriority creditor's name and mailing address**
Square
1455 Market Street Suite 600
San Francisco, CA 94103

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,000.00**

**3.3** **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **C&C Roadside Assistance Co LLC**                                             Case number *(if known)*   **25-10276**
       Name

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $293,137.00 |
| 5b. **Total claims from Part 2** | 5b. + | $11,625.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $304,762.00 |